FILED
07 SEP 28 PM 12: 30
[CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Clear Form]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA

MARK ANTOINE Foster

    Plaintiff,

vs.

Operation Dignity Inc, a cal.Purnzy non profit, Alex McElree, an Individual William Kennedy, An Individual Linda Griffin an Individual

    Defendant.

C-07 5029

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

  I, MARK ANTOINE Foster declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or              Yes ____  No ✓

8              self employment?

9        b.    Income from stocks, bonds,           Yes ____  No ✓

10             or royalties?

11       c.    Rent payments?                       Yes ____  No ✓

12       d.    Pensions, annuities, or              Yes ____  No ✓

13             life insurance payments?

14       e.    Federal or State welfare payments,   Yes ____  No ✓

15             Social Security or other govern-

16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                           Yes ____  No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.    a.    List amount you contribute to your spouse's support: $ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?    Yes ____ No ✓

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?    Yes ✓ No ____

7 Make _Nissan_____ Year _1995_ Model _Pathfinder_____

8 Is it financed? Yes ____ No ✓ If so, Total due: $_____

9 Monthly Payment: $_____

10   7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _Washington Mutual, Oakland_

12 _on Broadway_____

13 Present balance(s): $ _290.00_

14 Do you own any cash? Yes ____ No ✓ Amount: $_____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes ____ No ✓

17 _____

18   8.    What are your monthly expenses?

19 Rent: $ _400.00_____ Utilities: _____

20 Food: $ _450.00_____ Clothing: _____

21 Charge Accounts:

22 | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
23 | _____ | $_____ | $_____ |
24 | _____ | $_____ | $_____ |
25 | _____ | $_____ | $_____ |

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 _Cost of Suit_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Sept 28, 2007           Mark A. Juster
DATE                     SIGNATURE OF APPLICANT