IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER            No. C 07-05029 SBA

    Plaintiff,            **ORDER**
[Docket No. 3]

v.

OPERATION DIGNITY, INC., et al.,

    Defendants.

_____/

    Currently before the Court is plaintiff's application to proceed *in forma pauperis* [Docket No. 3]. The application is flawed because it omits information that plaintiff is required to disclose. On page four of the application, plaintiff has checked the "yes" box in response to the question "[d]oes the complaint which you are seeking to file raise claims that have been presented in other lawsuits?" Plaintiff is required to "list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed," but has failed to do so.

    This omission precludes an evaluation of the merits of plaintiff's application. Therefore, plaintiff's application to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE. Plaintiff shall have until **February 6, 2008**, to resubmit the application with the additional information as required. Failure to do so may result in the denial, with prejudice, of the application to proceed *in forma pauperis*.

    IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for

January 10, 2008 at 3:45 p.m. shall be CONTINUED to **April 9, 2008 at 3:00 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 1/8/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER,

        Plaintiff,

  v.

OPERATION DIGNITY INC. et al,

        Defendant.

Case Number: CV07-05029 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Antoine Foster
725 Ellis Street
#408
San Francisco, CA 94109

Dated: January 8, 2008

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk