CHRISTOPHER J. BEEMAN, ESQ. BAR#: 121194
JAY W. BROWN, ESQ. BAR#: 176079
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA 94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY, AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN,<br><br>Defendants. | CASE NO.: C07 05029 SBA<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS; DECLARATION OF JAY W. BROWN AND EXHIBITS "A" & "B" ATTACHED THERETO; [PROPOSED] ORDER IN SUPPORT THEREOF**<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Courtroom 3, 3rd Floor |

TO PLAINTIFF MARK FOSTER IN PRO PER

PLEASE TAKE NOTICE that on March 4, 2008 at 1:00 p.m. or as soon thereafter as the matter may be heard in the above entitled court, located at 450 Golden Gate Avenue, San Francisco, California, defendants herein will move the court to dismiss, or in the alternative, to stay, the instant Federal Court action pursuant to Rule 12(b)(5) for lack of service of the summons and complaint. Plaintiff Foster has filed a virtually identical complaint entitled <u>Mark Foster v. Operation Dignity, et al</u>, Case No. C 07-05030 MMC. A Motion to Dismiss or stay in that motion has already been granted by Judge Chesney. Foster also has filed the instant action, but has failed to serve that complaint either on this office, or on Operation Dignity.

1    This motion will be based upon this Notice of Motion and motion, the Memorandum of Points
2    Authorities included herewith pursuant to Northern District of California Local Rule of Court 7.2, and
3    the declaration of Jay W. Brown and Exhibit "A" attached thereto.

### I.   FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff Mark Foster has filed two actions in Federal Court arising out of his tenancy located at 2300 Moonlight Terrace in Alameda, California. Operation Dignity is a non-profit corporation that provides subsidized transitional housing for veterans. Both actions were apparently filed simultaneously. The first filed action is the instant action. The second action is entitled Mark Foster v. Operation Dignity, et al., Case No. C 07-05030 MMC, pending in Judge Maxine Chesney's department and is now stayed pursuant to court order. However, Foster only served defendants with the second filed action, C 07-05030 MMC, but not the instant action. Consequently, until recently, defendants were unaware of the instant action. (Declaration of Jay W. Brown.) The case history page for this matter is attached. No proof of service has been filed in this matter.

### II.   LEGAL ARGUMENT

**This Matter Should Be Dismissed For Lack of Service Pursuant to Rule 12(b)(5)**

Federal Rule of Civil Procedure 12(b)(5) provides for a defendant to challenge the method and sufficiency of service attempted by the plaintiff. Where the validity of service is contested by a Rule 12 motion, the burden is on the plaintiff to establish the validity of service. (Norlock v. City of Garland (5th Cir. 1985) 768 F.2d 654, 656.) If a Rule 12(b)(5) motion is granted, the court may either dismiss the action or retain the action and simply quash the service. (Montalbano v. Easco Hand Tools, Inc. (2nd Cir. 1985) 766 F.2d 737, 740.)

The summons and complaint in the instant action were never served on defendants Operation Dignity or their counsel. Consequently, the court should either dismiss this action outright or quash the service. (Declaration of Jay W. Brown and Exhibit "A" attached thereto.)

///
///
///


### III. CONCLUSION

Based upon the foregoing, defendants herein respectfully request that this court dismiss plaintiff's complaint with prejudice, or quash the alleged service in this matter pursuant to Rule 12(b)(5).

DATED: January 7, 2008

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
CHRISTOPHER J. BEEMAN, ESQ.
Attorneys for Defendants OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY, AND LINDA GRIFFIN

<u>Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.</u>
U.S.D.C., Northern Dist. OF California, C07 05029 SBA

## PROOF OF SERVICE

I hereby certify that I sent by regular U.S. Mail, the following:

**DEFENDANTS' NOTICE OF MOTION DO DISMISS; DECLARATION OF JAY W. BROWN AND EXHIBITS "A" & "B" ATTACHED THERETO; [PROPOSED] ORDER IN SUPPORT THEREOF**

Mark Antoine Foster In Pro Per
200 Corpus Christie Road, #A,
Alameda, CA 94501

Executed on January 16, 2008 at Pleasanton, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Tonyia Neves

F:\Data\DOCS\9256\03240\Federal Action\proof