CHRISTOPHER J. BEEMAN, ESQ. BAR#: 121194
JAY W. BROWN, ESQ. BAR#: 176079
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA 94588
(925) 734-0990 Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY,
AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN,<br><br>Defendants. | CASE NO.: C075029 SBA<br><br>**DECLARATION OF JAY W. BROWN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(5) AND EXHIBITS "A" & "B" ATTACHED THERETO**<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Courtroom 3, 3rd Floor |

I, JAY W. BROWN, declare as follows:

1.    I am an attorney at law duly admitted to practice before all of the courts of the State of California, and an associate in the law offices of Clapp, Moroney, Bellagamba and Vucinich, attorneys of record herein for Defendants OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFITH.

1

2.      Attached hereto as Exhibit "A" and incorporated herein by reference is the History page from the Northern District of California website regarding the instant matter.

3.      Attached hereto as Exhibit "B" is Judge Chesney's order in the Case of <u>Foster v. Operation Dignity</u> case #07-5030 MMC.

4.      Neither this office, or the defendants herein, Operation Dignity, et al., has not been served with the complaint in the instant matter.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed January ____, 2008, in Pleasanton, California.

Jay W. Brown

**DECLARATION OF JAY W.
BROWN IN SUPPORT
THEREOF AND EXHIBIT "A"
ATTACHED THERETO**

ADRMOP, E-Filing, ProSe

**U.S. District Court**
**California Northern District (Oakland)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-05029-SBA**

Foster v. Operation Dignity, Inc. et al                    Date Filed: 09/28/2007
Assigned to: Hon. Saundra Brown Armstrong          Jury Demand: Plaintiff
Cause: 28:1331 Fed. Question                        Nature of Suit: 443 Civil Rights:
                                                    Accomodations
                                                    Jurisdiction: Federal Question

**Plaintiff**

**Mark Antoine Foster**                    represented by  **Mark Antoine Foster**
                                                           725 Ellis Street
                                                           #408
                                                           San Francisco, CA 94109
                                                           415-756-1611
                                                           PRO SE

V.

**Defendant**

**Operation Dignity, Inc.**
*a California Non-Profit corporation*

**Defendant**

**Alex McElree**
*an individual*

**Defendant**

**William Kennedy**
*an individual*

**Defendant**

**Linda Griffin**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/28/2007 | 1 | COMPLAINT; no process with jury demand against Operation Dignity, Inc., Alex McElree, William Kennedy, Linda Griffin. Filed byMark Antoine Foster. (jlm, COURT STAFF) (Filed on 9/28/2007) Additional attachment(s) added on 10/2/2007 (jlm, COURT STAFF). (Entered: 09/28/2007) |

EXHIBIT A

| 09/28/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/3/2008. Case Management Conference set for 1/10/2008 03:00 PM. (Attachments: # 1 SBA Standing Order)(jlm, COURT STAFF) (Filed on 9/28/2007) (Entered: 09/28/2007) |
| 09/28/2007 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Mark Antoine Foster. (jlm, COURT STAFF) (Filed on 9/28/2007) Additional attachment(s) added on 10/2/2007 (jlm, COURT STAFF). (Entered: 09/28/2007) |
| 09/28/2007 | | CASE DESIGNATED for Electronic Filing. (jlm, COURT STAFF) (Filed on 9/28/2007) (Entered: 10/01/2007) |
| 10/03/2007 | 4 | CLERK'S NOTICE Case Management Conference set for 1/10/2008 03:45 PM. VIA TELEPHONE. (lrc, COURT STAFF) (Filed on 10/3/2007) (Entered: 10/03/2007) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/28/2007 11:15:29 | | |
| **PACER Login:** | cm1252 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-05029-SBA |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**4:07-cv-05029-SBA** Foster v. Operation Dignity, Inc. et al
Saundra Brown Armstrong, presiding
**Date filed:** 09/28/2007
**Date of last filing:** 10/03/2007

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:*<br>*Entered:* | 09/28/2007<br>10/01/2007 | Case Referred to ECF |
| 1 | *Filed & Entered:* | 09/28/2007 | Complaint |
| 2 | *Filed & Entered:* | 09/28/2007 | ADR Scheduling Order |
| 3 | *Filed & Entered:* | 09/28/2007 | Motion for Leave to Proceed in forma pauperis |
| 4 | *Filed & Entered:* | 10/03/2007 | Clerk's Notice |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/28/2007 11:16:19 | | | |
| **PACER Login:** | cm1252 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 4:07-cv-05029-SBA |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**4:07-cv-05029-SBA** Foster v. Operation Dignity, Inc. et al
Saundra Brown Armstrong, presiding
**Date filed:** 09/28/2007
**Date of last filing:** 10/03/2007

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 2 | Case Management Statement Due | 09/28/2007 | 01/03/2008 | | |
| 4 | Case Management Conference | 10/03/2007 | 01/10/2008 at 03:45 PM | | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/28/2007 11:15:01 | | |
| **PACER Login:** cm1252 | **Client Code:** | |
| **Description:** Deadline/Hearings | **Search Criteria:** | 4:07-cv-05029-SBA |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

**4:07-cv-05029-SBA** Foster v. Operation Dignity, Inc. et al
Saundra Brown Armstrong, presiding
**Date filed:** 09/28/2007
**Date of last filing:** 10/03/2007

# Parties

**Mark Antoine Foster**
725 Ellis Street
#408
San Francisco, CA 94109
415-756-1611
*Added: 09/28/2007*
*(Plaintiff)*
PRO SE


**Linda Griffin**
*Added: 09/28/2007*
*(Defendant)*


**William Kennedy**
an individual

*Added: 09/28/2007*
*(Defendant)*


**Alex McElree**
an individual

*Added: 09/28/2007*
*(Defendant)*


**Operation Dignity, Inc.**
a California Non-Profit corporation

*Added: 09/28/2007*
*(Defendant)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/28/2007 11:16:39 | | |
| **PACER Login:** | cm1252 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 4:07-cv-05029-SBA |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MARK ANTOINE FOSTER,          No. 07-5030 MMC

12        Plaintiff,       **ORDER GRANTING IN PART**
                          **DEFENDANTS' MOTION TO DISMISS**

13   v.                    **OR, IN THE ALTERNATIVE, TO STAY;**
                          **STAYING ACTION; DIRECTIONS TO**

14                           **PARTIES; VACATING CASE**
  OPERATION DIGNITY, INC., et al.,   **MANAGEMENT CONFERENCE**

15        Defendants

16

17

18     Before the Court is defendants' "Motion to Dismiss, or in the Alternative, to Stay,"

19 filed December 4, 2007.  Plaintiff, proceeding pro se, has filed a response, which, although

20 denominated an opposition, includes a request that the Court stay the above-titled action.

21 Having read and considered the papers filed in support of and in response to the motion,

22 the Court finds the matter suitable for decision on the papers, VACATES the hearing

23 scheduled for January 11, 2008, and rules as follows:

24     1. Defendants and plaintiff agree that <u>Foster v. Operation Dignity, Inc., et al.</u>, No.

25 RG06302322, the consolidated state court action filed by plaintiff, raises issues "identical"

26 to those presented herein.  (<u>See</u> Defs.' Mot. at 5:6; Pl.'s Opp. at 3:2.)  Further, as noted,

27 plaintiff agrees that a stay is warranted, specifically, "until a conclusion has been reached

28 regarding the complaints in state court."  (<u>See</u> Pl.'s Opp. at 4:7-8.)  Under such

EXHIBIT B


1   circumstances, and given that plaintiff seeks damages herein, the Court hereby GRANTS

2   defendants' motion to the extent defendants seek a stay, and, accordingly, hereby STAYS

3   the instant action pending entry of final judgment in the state court proceedings. See

4   Kirkbride v. Continental Casualty Co., 933 F. 2d 729, 734 (9th Cir. 1991) (holding

5   abstention under "Colorado River" doctrine is appropriate "in situations involving the

6   contemporaneous exercise of concurrent jurisdiction"); see also Gilbertson v. Albright, 381

7   F. 3d 965, 968 (9th Cir. 2004) (holding, where abstention doctrine is properly invoked,

8   district court may not "dismiss actions where damages are at issue; rather, damages

9   actions should be stayed until the state proceedings are completed").

10        2.  The parties are hereby DIRECTED to file, no later than Friday, August 1, 2008, a

11  Joint Status Report, setting forth therein the status of the consolidated state court

12  proceeding.

13        3.  The Case Management Conference scheduled for January 11, 2008 is hereby

14  VACATED.

15        **IT IS SO ORDERED.**

16

17  Dated: January 4, 2008

18                                        MAXINE M. CHESNEY
                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

2

1
2

**Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.**
U.S.D.C., Northern Dist. OF California, C07 05029 SBA

3

**PROOF OF SERVICE**

I hereby certify that I sent by regular U.S. Mail, the following:

4
5
6

**DEFENDANTS' NOTICE OF MOTION DO DISMISS; DECLARATION OF JAY W. BROWN AND EXHIBITS "A" & "B" ATTACHED THERETO; [PROPOSED] ORDER IN SUPPORT THEREOF**

7
8

Mark Antoine Foster In Pro Per
200 Corpus Christie Road, #A,

9

Alameda, CA 94501

10
11

Executed on January 16, 2008 at Pleasanton, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12
13
14

Tonyia Neves

15
16
17
18
19
20
21
22
23
24
25
26
27
28