CHRISTOPHER J. BEEMAN, ESQ.  BAR#: 121194
JAY W. BROWN, ESQ.  BAR#: 176079
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY,
AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN, <br><br> Defendants. | CASE NO.:  C075029 SBA <br><br> **[PROPOSED] ORDER IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY FEDERAL ACTION** <br><br> Date:  March 25, 2008 <br> Time:  1:00 p.m. <br> Courtroom 3, 3rd Floor |

The Court having considered the written motion of defendants Operation Dignity, Alex McElree, Linda Griffith, and William Kennedy, for an order to dismiss or, in the alternative, stay, the above referenced action filed by plaintiff Mark Foster, argument thereon, and all documents relating thereto:

IT IS THEREBY ORDERED that this matter is dismissed/stayed pending proper service of the summons and complaint in this action upon defendants.

DATED:  _____

_____
Saundra Brown Armstrong
United States District Judge

1
**[PROPOSED] ORDER**

**Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.**
U.S.D.C., Northern Dist. OF California, C07 05029 SBA

**PROOF OF SERVICE**

I hereby certify that I sent by regular U.S. Mail, the following:

**DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS; DECLARATION OF JAY W. BROWN AND EXHIBITS "A" & "B" ATTACHED THERETO; [PROPOSED] ORDER IN SUPPORT THEREOF**

Mark Antoine Foster In Pro Per
200 Corpus Christie Road, #A,
Alameda, CA 94501

Executed on January 18, 2008 at Pleasanton, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tonyia Neves

F:\Data\DOCS\9256\03240\Federal Action\proof