**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER,

    Plaintiff,

v.

OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFEN,

    Defendants.
_____/

No. C 07-5029 SBA

**ORDER**

Currently before the Court is Defendants' Motion to Dismiss [Docket No. 6]. Said Motion was unopposed by Plaintiff. Having read and considered the arguments presented by Defendants in the papers submitted to the Court, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 19, 2008

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER,

        Plaintiff,

v.

OPERATION DIGNITY INC. et al,

        Defendant.

Case Number: CV07-05029 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Antoine Foster
725 Ellis Street
#408
San Francisco, CA 94109

Dated: March 20, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk